UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | No. 1:22-CR-407 |
| --- | --- | --- |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| JAMES A. COCCAGNA, | : | |
| Defendant. | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

In accordance with Local Rule 7.1, I hereby certify that I contacted counsel for the Defendant to seek their concurrence in the foregoing Motion. Attorneys Daniel T. Brier and William A. Fetterhoff, counsel for James A. Coccagna, concur in the Government's Motion to Continue.

Dated: December 15, 2023     By:     /s/ Ravi R. Sharma
                                     Ravi Romel Sharma
                                     Assistant U.S. Attorney
                                     PA 331135
                                     1501 N. 6th Street, Box 202
                                     Harrisburg, PA 17102
                                     Tel:  (717) 221-4482
                                     Fax: (717) 221-4493
                                     ravi.sharma@usdoj.gov