**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:22-CR-407 |
| | : | |
| v. | : | **(Judge Wilson)** |
| | : | |
| **JAMES A. COCCAGNA,** | : | |
| Defendant. | : | **(Electronically Filed)** |

**ORDER**

AND NOW, this ____ day of _____, 2023, upon consideration of the Government's Unopposed Motion to Continue the PSR Disclosure Date and Sentencing Hearing, it is ordered that the Motion is GRANTED. The Defendant's PSR shall be disclosed by the U.S. Probation Office no later than _____. The Defendant's sentencing hearing shall be scheduled at a later date.

                                                                          _____
                                                                          Jennifer P. Wilson
                                                                          United States District Judge
                                                                          Middle District of Pennsylvania