## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:22-CR-407 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| **JAMES A. COCCAGNA,** | : | |
| Defendant. | : | (Electronically Filed) |

## **ORDER**

AND NOW, this 15th day of December, 2023, upon consideration of the Government's Unopposed Motion to Continue the PSR Disclosure Date and Sentencing Hearing, it is ordered that the Motion is GRANTED. The Defendant's PSR shall be disclosed by the U.S. Probation Office no later than **March 15, 2024**. The Defendant's sentencing hearing shall be scheduled at a later date.

    s/ Jennifer P. Wilson
Jennifer P. Wilson
United States District Judge
Middle District of Pennsylvania