# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:22-CR-407 |
| | : | |
| JAMES A. COCCAGNA, | : | (JUDGE WILSON) |
| | : | |
| Defendant. | : | |
| | : | ELECTRONICALLY FILED |

## PRAECIPE FOR WITHDRAWAL/ENTRY OF APPEARANCE

Please withdraw the appearance of William A. Fetterhoff, Esq. and enter the appearance of Patrick A. Casey, Esq., in the above-referenced matter.

Respectfully submitted,

/s/ Patrick A. Casey
Patrick A. Casey (PA ID 50626)

Attorney for Defendant, James A. Coccagna

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date: January 2, 2024

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that I have served a true and correct copy of the foregoing Praecipe for Withdrawal/Entry of Appearance upon the following parties via the Court's ECF system on this 2nd day of January 2024:

>Ravi R. Sharma, Esquire
>Assistant U.S. Attorney
>1501 N. 6th Street, Box 202
>Harrisburg, PA 17102
>
>Daniel T. Brier, Esquire
>Myers, Brier & Kelly, LLP
>425 Biden Street, Suite 200
>Scranton, PA 18503

>/s/ Patrick A. Casey
>Patrick A. Casey